UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In Re:   Brian Allen Grant                                Case No. 18-22822-LSS
                                                          Chapter 13

**********************************
U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES III TRUST, Movant (BSI Financial Services, INC., Servicer)
vs.

Brian Allen Grant aka Brian A Grant, Debtor
Cathy C Grant, Non-Filing Co-Debtor
                    Respondent(s)

### NOTICE OF DEFAULT AND NOTICE OF TERMINATION OF AUTOMATIC STAY

The Debtor has failed to comply with the Consent Order and Stipulation Modifying Automatic Stay entered <u>April 3, 2019</u>, in the following manner:

The Debtor should have paid the regular monthly payments in the amount of $1,429.49 [e per month for the months of <u>March 2019 through June 2019</u>. "Additional" monthly payments should have been made in the amount of $402.02 per month for the months of <u>March 2019 through June 2019</u>. The debtor has paid $2,870.00. The amount necessary to cure the default is therefore $4,556.04, which includes attorney's fees and costs in the amount of $100.00. **All subsequent payments and late charges that come due after the filing of this notice must be included in the payment to cure the default.**

Under the provisions of the Consent Order, the stay of Section 362 (a) will terminate and the Movant will resume the foreclosure of its Deed of Trust recorded among the land records of

18-601812

<u>Frederick County</u>, Maryland, and which is secured by the property of the Debtors at **11403 Ridge Lane, Monrovia, Maryland 21770**, unless the default noted is cured within ten (10) days from the date this notice is filed. The Consent Order applies to proceedings for possession of the property after foreclosure.

Signed and mailed this 26th day of June, 2019.

Respectfully submitted:

<u>*/s/ Elizabeth M. Burlington, Esq. (ebur 6-26-19)*</u>
Elizabeth M. Burlington, Esq.
Attorney for Movant
Bar No. 10209
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Suite 800
Laurel, MD 20707
301-490-1196
bankruptcymd@mwc-law.com

18-601812

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2019 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing pleading will be served electronically by the Court's CM/ECF system on the following:

Nancy Spencer Grigsby
185 Admiral Cochrane Dr.
Suite 240
Annapolis, Maryland  21401
Grigsbyecf@ch13md.com

Michael Patrick Coyle
7061 Deepage Drive
Suite 101B
Columbia, Maryland  21045
mcoyle@thecoylelawgroup.com


I hereby further certify that on the 26th day of June, 2019, a copy of the foregoing pleading was also mailed first class mail, postage prepaid to:


Brian Allen Grant
11403 Ridge Lane
Monrovia, Maryland  21770
(Via U.S Mail)

 Cathy C Grant
11403 Ridge Lane
Monrovia, Maryland  21770
(Via U.S. Mail)

                                              */s/ Elizabeth M. Burlington, Esq.*
                                              Elizabeth M. Burlington, Esq.

18-601812